No. 91–1920.  WEIMER ET AL. *v.* AMEN ET AL.  C. A. 8th Cir. Certiorari denied.

No. 91–1921.  SHOLTIS *v.* NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 91–1923.  OAKWOOD PLAZA SHOPPING CENTER, INC., ET AL. *v.* FIORE ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 91–1926.  OHIO *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–1927.  TEXAS WATER CONSERVATION ASSOCIATION *v.* DEPARTMENT OF THE INTERIOR ET AL.; and
No. 91–1929.  SABINE RIVER AUTHORITY *v.* DEPARTMENT OF THE INTERIOR ET AL.  C. A. 5th Cir.  Certiorari denied.  Reported below: 951 F. 2d 669.

No. 91–1928.  MERRIGAN ET UX. *v.* AFFILIATED BANKSHARES OF COLORADO, INC., ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 91–1931.  LAWRENCE *v.* MARS, INC.  C. A. 4th Cir.  Certiorari denied.

No. 91–1932.  IRVIN H. WHITEHOUSE & SONS CO., INC. *v.* LOCAL UNION 118 OF THE INTERNATIONAL BROTHERHOOD OF PAINTERS & ALLIED TRADES, AFL–CIO, ET AL.  C. A. 6th Cir. Certiorari denied.

No. 91–1933.  WASHBURN *v.* WASHINGTON.  Ct. App. Wash. Certiorari denied.

No. 91–1934.  GROBEL *v.* LIQUID AIR CORP.  C. A. 5th Cir. Certiorari denied.

No. 91–1935.  KOSTELLO ET AL. *v.* WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 91–1936.  SETTOON CONSTRUCTION, INC. *v.* DOMINGUE. C. A. 5th Cir.  Certiorari denied.

No. 91–1937.  FINCHER *v.* B & D AIR CONDITIONING & HEATING CO. ET AL.  Ct. App. Tex., 1st Dist.  Certiorari denied.